# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JONATHAN H. ELWELL,**

      **Plaintiff,**

**v.**                                                                               Case No:   6:19-cv-2277-Orl-22DCI

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on an appeal from the final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits.

The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 2, 2021 (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits is hereby **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record